# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148314

JACKOB TRAKHTENBERG,
        Plaintiff-Appellee,

v

        SC: 148314
        COA: 285247
        Oakland CC: 2008-088401-NM

DEBORAH H. McKELVY,
        Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 7, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014
                              

s0324
                                     Clerk